Js6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HENRIQUEZ<br>　　　　Plaintiff<br>V.<br>ARAMARK FACILITY SERVICES, LLC, a Deleware Corporation; RON COTE, an individual,<br>　　　　Defendants | CV 23-2372-JFW(JCx)<br><br>ORDER OF DISMISSAL |

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's Complaint in this action is hereby dismissed with prejudice, with each party to pay its own attorney's fees and costs.

Dated: August 15, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE